UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA F. TRACY, DAVID E. BAGENSTOSE, JASON L. RICHARD and STACY M. MOXLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE AMERICAN NATIONAL RED CROSS, THE BOARD OF GOVERNORS OF THE AMERICAN NATIONAL RED CROSS, THE BENEFIT ADMINISTRATION COMMITTEE OF THE AMERICAN NATIONAL RED CROSS and JOHN DOES 1-30.<br><br>Defendants. | **CIVIL ACTION NO.:**<br>**1:21-cv-00541-EGS** |
| LISA SCARAMUZZO, individually and as a representative of a class of beneficiaries of the American Red Cross Savings Plan,<br><br>*Plaintiff,*<br><br>vs.<br><br>AMERICAN NATIONAL RED CROSS; BENEFIT PLAN COMMITTEE OF THE AMERICAN NATIONAL RED CROSS; and DOES 1-20,<br><br>*Defendants*. | **CIVIL ACTON NO.:**<br>**1:21-cv-00620-EGS** |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF
ORDER CONSOLIDATING CASES, APPOINTING INTERIM CLASS COUNSEL,
AND ESTABLISHING PROCEDURES FOR
CONSOLIDATION OF FUTURE-FILED CASES**

1

Upon consideration of Plaintiffs Diana F. Tracy, David E. Bagenstose, Jason L. Richard, Stacy M. Moxley, and Lisa Scaramuzzo's ("Plaintiffs") **unopposed** motion for entry of an order consolidating the above-captioned actions (the "ERISA Actions"), and appointing the law firms of Capozzi Adler, P.C. ("Capozzi") and Berger Montague PC ("Berger") as Interim Co-Lead Class Counsel, the Court hereby ORDERS as follows:

**I.  CONSOLIDATION OF ERISA ACTIONS AND SUBSEQUENT OR TRANSFERRED ACTIONS**

1.  The following actions are hereby consolidated pursuant to FED. R. CIV. P. 42(a) and D.C. LCvR. 40.5 for all purposes:

    a.  *Tracy, et al. v. The American National Red Cross, et al.*, No. 1:21-cv-00541 (D.D.C.); and

    b.  *Scaramuzzo v. American National Red Cross, et al.*, No. 1:21-cv-00620 (D.D.C.).

Based on the Court's review of the complaints in the above-captioned ERISA Actions, these actions involve common questions of law and fact, and consolidating these actions will avoid unnecessary waste of judicial resources and additional cost and delay to the parties.

2.  The caption of the consolidated action shall be "*In re The American National Red Cross ERISA Litigation*" and the files of the consolidated action shall be maintained in one file under Master File No. 1:21-cv-00541 (D.D.C.) (the "Consolidated Action").  Any other actions now pending or later filed in this District which arise out of or are related to the same facts as alleged in the Consolidated Action shall, until further order of this Court, be consolidated pursuant to FED. R. CIV. P. 42(a) and D.C. LCvR. 40.5 for all purposes with and into the Consolidated Action, if and when they are brought to the Court's attention.

3.  All pleadings filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE THE AMERICAN NATIONAL RED CROSS ERISA LITIGATION

MASTER FILE NO. 1:21-cv-00541

THIS DOCUMENT RELATES TO:

4. When a pleading or other court paper filed in the Consolidated Action is intended to apply to all actions therein, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO:" in the caption set out above. When a pleading or other court paper is intended to be applicable to less than all such actions, the party filing the document shall indicate, immediately after the words "THIS DOCUMENT RELATES TO:" the action(s) to which the document is intended to be applicable by last name of the plaintiff(s) and the docket number(s).

## II.    APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

5. Pursuant to FED. R. CIV. P. 23(g)(3), Capozzi and Berger are appointed as Interim Co-Lead Counsel for the Consolidated Action. In appointing these firms, the Court finds that Interim Co-Lead Class Counsel will fairly and adequately represent the interests of the proposed class because: (i) they have ample experience in successfully handling class action litigation in general and ERISA class actions in particular; (ii) they have knowledge of the applicable law; and (iii) they will devote substantial resources to the representation of the proposed class.

6. Interim Co-Lead Class Counsel shall have the authority over the following matters on behalf of all plaintiffs in the Consolidated Action:

    a. Initiating, responding to, scheduling, briefing and arguing of all motions;

    b. Determining the scope, order, and conduct of all discovery proceedings;

  c. Assigning such work assignments to other counsel as they may deem appropriate;

  d. Retaining experts;

  e. Designating which attorneys my appear at hearings and conferences with the Court;

  f. Conducting settlement negotiations with Defendants; and

  g. All other matters concerning the prosecution or resolution of the ERISA Actions.

7. Interim Co-Lead Class Counsel shall also have authority to communicate with counsel for Defendants and the Court on behalf of all plaintiffs and the proposed Class. Defendants' counsel may rely on all agreements made with Interim Co-Lead Class Counsel, and such agreements shall be binding.

8. Edelson Lechtzin LLP ("Edelson") is appointed as Interim Class Counsel Executive Committee Chair to assist Co-Lead Class Counsel as they deem necessary.

## III. PRELIMINARY SCHEDULE OF PROCEEDINGS

9. Plaintiffs shall file a consolidated complaint (the "Consolidated Complaint") sixty (60) days after entry of this Order.

10. Defendants are not required to respond to the existing complaints, but rather shall answer, move, or otherwise respond to the Consolidated Complaint within sixty (60) days after its filing.

11. Plaintiffs shall have forty-five (45) days to oppose any dispositive motion(s) Defendants direct at the Consolidated Complaint, or to file an Amended Consolidated Complaint in response to Defendants' motion as encouraged by this Court's Standing Order Governing Civil Cases at Section 8 (ECF No. 8).

12. Defendants shall have thirty (30) days to file and serve a reply to Plaintiffs'

opposition or to file a new answer, motion, or response to Plaintiffs' Amended Consolidated Complaint.

13. If Defendants answer in lieu of filing a motion to dismiss, or if their motion to dismiss is denied in whole or in part, the Parties shall promptly confer and submit within thirty (30) days a joint preliminary report and discovery plan that includes a proposed schedule for pretrial proceedings in accordance with this Court's Standing Order Governing Civil Cases at Section 9 (ECF No. 8). The proposed schedule shall include a schedule for filing Plaintiffs' motion for class certification.

14. The deadline in D.C. LCvR. 23.1(b) for filing the motion for class certification within ninety (90) days of the filing of the Complaint is hereby extended and will be established in connection with the foregoing proposed schedule.

**IT IS SO ORDERED**

Dated this 16th day of April, 2021.

_____/s/_____
Honorable Emmet G. Sullivan
United States District Judge